IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE: )
)
ABUNDANT LIFE WORSHIP )
CENTER OF HINESVILLE, GA, )
INC., )
)
    Debtor. )
)
_____ )
)
ABUNDANT LIFE WORSHIP )
CENTER OF HINESVILLE, GA, )
INC., )
)
    Appellant, )
)
v. )  CASE NO. CV420-329
)
JBB HOLDINGS, LLC )
)
    Appellee. )
)
_____ )

**O R D E R**

    Before the Court is Appellant's Motion to Dismiss Appeal, which Appellee has not opposed. (Doc. 5.) In its motion, "Appellant requests that the Court dismiss the Appeal because the issues raised therein have been rendered moot by intervening actions since the filing of the Appeal." (Id. at 3.) Pursuant to Federal Rule of Bankruptcy Procedure 8023, "[a]n appeal may be dismissed on the appellant's motions on terms agreed to by the parties or fixed by the district court or BAP." After careful consideration, Appellant's motion (Doc. 5) is **GRANTED** and

this appeal is **DISMISSED**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA